

1 | BENJAMIN B. WAGNER
United States Attorney
2 | KURT A. DIDIER
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: 916-554-2700
Facsimile: 916-554-2900

5

6

7 UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,                    Misc No. 1:13-MC-00033-GSA

11 |         Plaintiff and Judgment Creditor,      Case No. 1:12-CR-00422-AWI-BAM

12 | v.

13 | MARK EDWARD POWELL,                          **STIPULATION FOR A FINAL
                                                  ORDER OF GARNISHMENT; AND
14 |         Defendant and Judgment Debtor.        ORDER THEREON**

15

16

17 | CHARLES SCHWAB & CO., INC.,

18 |         Garnishee.

19

20       Plaintiff United States of America and the signatories hereto stipulate to resolution of the

21 United States' Writ of Garnishment served upon Charles Schwab & Co., Inc., as set forth below.

22       1.  On May 14, 2013, the Clerk entered judgment in the criminal case of United States v.

23 Mark Edward Powell, Case No. 1:12-CR-00422-AWI-BAM (the Judgment). Docket Entry (DE)

24 No. 19. The Judgment includes an order for the Defendant's immediate payment of $1,002,100,

25 representing a $100 assessment, $1,000 fine and $1,001,000 in restitution, payable for the benefit of

26 the United States Department of Agriculture. *Id.*, at 5-6. The Judgment further includes an order

27 forfeiting Defendant's interest in various bank accounts and in U.S. currency. *Id.* at 6.

28

STIPULATION FOR A FINAL ORDER OF GARNISHMENT; AND ORDER                                1

2. The United States filed an Application for Writ of Garnishment on July 12, 2013 against Defendant's and his wife (from whom he is legally separated), Cyndee Powell's accounts at garnishee, Charles Schwab & Co., Inc. DE No. 1, in Miscellaneous Case No. 1:13-MC-00033-GSA.

3. The Clerk issued the Writ of Garnishment on July 15, 2013. DE No. 4.

4. Following service of the Writ, Charles Schwab filed an answer, and then on July 25, 2013, filed its Amended Answer to the Writ. DE No. 7. The Amended Answer identifies monies (cash and securities) in the accounts of both Defendant and Ms. Powell. *Id.* The holdings' cash value is fixed, but the securities' value fluctuates with the daily markets' closing prices. The Amended Answer estimates Defendant's holdings at approximately $645,143 and Ms. Powell's holdings at $456,771 (incorrectly tallied as $404,307.19).

5. On August 26, 2013, the Court signed a Final Order of Forfeiture concerning the Defendant's interest in bank accounts and cash. Case No. 1:12-CR-00422-AWI-BAM, DE No. 22. The forfeited amount of $235,161.78 will be applied towards payment of Defendant's $1,002,100 Judgment, leaving a balance due of $766,938.22 (the Balance Amount).

6. To satisfy the Balance Amount, the signatories agree to the disposition of the Charles Schwab accounts as follows:

   A. Defendant's cash and securities shall first be liquidated in their entirety and paid to the Clerk of the Court as detailed below in the Order approving this Stipulation; and

   B. Cyndee Powell's cash and securities shall then be liquidated to pay the difference between the amount realized in paragraph 6A, above, and the Balance Amount, except that Cyndee Powell's contribution shall not exceed $130,000.

7. If disposition of the Charles Schwab accounts fully satisfies the Balance Amount, the United States will take no further action to collect the Judgment and will file Notices of Lien Releases in the county(ies) where it has recorded Lien Notices.

8. If the liquidation of the Defendant's Charles Schwab accounts and Ms. Powell's contribution of up to $130,000 from her Charles Schwab accounts do not satisfy the Balance Amount, Defendant agrees to fully pay the remainder within 30 days following payment by Charles Schwab. Concerning Cyndee Powell, upon disposition of her Charles Schwab accounts as set forth

STIPULATION FOR A FINAL ORDER OF GARNISHMENT; AND ORDER                    2

MEP1                                              209-522-4225          p.2

1   above, the United States considers her obligation to contribute towards the Judgment fully satisfied

2   and it will take no further action against her for any unpaid Balance Amount.

3

4   FOR THE UNITED STATES OF AMERICA:

5                                              BENJAMIN B. WAGNER
                                               United States Attorney
6

7
    DATED:  9 | 19    , 2013            By:
8                                              KURT A. DIDIER
9                                              Assistant United States Attorney

10  FOR DEFENDANT MARK EDWARD POWELL:
11

12

13  DATED:             , 2013          By:
                                               MARK EDWARD POWELL
14
    APPROVED AS TO FORM AND CONTENT:
15

16

17  DATED:             , 2013          By:
                                               DAVID L. BALAKIAN, ESQ.
18                                             Attorney for defendant Mark Edward Powell

19  FOR CYNDEE POWELL:
20

21

22  DATED: Sept. 11 , 2013             By:
                                               CYNDEE POWELL
23
    APPROVED AS TO FORM AND CONTENT:
24

25

26  DATED:             , 2013          By:
                                               COURTNEY J. LINN, ESQ.
27                                             Attorney for Cyndee Powell

28

    STIPULATION FOR A FINAL ORDER OF GARNISHMENT; AND ORDER                    3

1  above, the United States considers her obligation to contribute towards the Judgment fully satisfied

2  and it will take no further action against her for any unpaid Balance Amount.

3

4  FOR THE UNITED STATES OF AMERICA:

5  BENJAMIN B. WAGNER
   United States Attorney

6

7

8  DATED: _____, 2013          By: _____

9                                          KURT A. DIDIER
                                            Assistant United States Attorney

10 FOR DEFENDANT MARK EDWARD POWELL:

11

12

13 DATED: 4/17____, 2013          By: _____

14                                          MARK EDWARD POWELL

   APPROVED AS TO FORM AND CONTENT:
15

16

17 DATED: 4/17____, 2013          By: _____

18                                          DAVID L. BALAKIAN, ESQ.
                                            Attorney for defendant Mark Edward Powell

19 FOR CYNDEE POWELL:

20

21

22 DATED: _____, 2013          By: _____

23                                          CYNDEE POWELL

   APPROVED AS TO FORM AND CONTENT:
24

25

26 DATED: _____, 2013          By: _____

27                                          COURTNEY J. LINN, ESQ.
                                            Attorney for Cyndee Powell

28

   STIPULATION FOR A FINAL ORDER OF GARNISHMENT; AND ORDER          3

1  above, the United States considers her obligation to contribute towards the Judgment fully satisfied

2  and it will take no further action against her for any unpaid Balance Amount.

3

4  FOR THE UNITED STATES OF AMERICA:

5                                                              BENJAMIN B. WAGNER
                                                            United States Attorney

6

7

8  DATED: _____, 2013        By: _____

9                                                  KURT A. DIDIER
                                                Assistant United States Attorney

10  FOR DEFENDANT MARK EDWARD POWELL:

11

12

13  DATED: _____, 2013        By: _____

14                                                  MARK EDWARD POWELL

APPROVED AS TO FORM AND CONTENT:

15

16

17  DATED: _____, 2013        By: _____

18                                                  DAVID L. BALAKIAN, ESQ.
                                                Attorney for defendant Mark Edward Powell

19  FOR CYNDEE POWELL:

20

21

22  DATED: _____, 2013        By: _____

23                                                  CYNDEE POWELL

APPROVED AS TO FORM AND CONTENT:

24

25

26  DATED: 9/15, 2013        By: _____

27                                                  COURTNEY J. LINN, ESQ.
                                                Attorney for Cyndee Powell

28

## ORDER

The Court, having reviewed the court files and the Stipulation for Final Order of Garnishment (the Stipulation) and finding good cause therefor, hereby APPROVES the Stipulation. Further, to effectuate payment of the garnished accounts as set forth in paragraph 6A and 6B of the Stipulation, Charles Schwab & Co. Inc. personnel shall:

1. Deliver. within 30 days of the date of this Order, a cashier's check, money order or company draft payable to the *Clerk of the Court* at the Office of the Clerk, United States District Court. Eastern District of California, 501 I Street, Suite 4-200, Sacramento, CA 95814;

2. State the docket number (Case No. 1:12-CR-00422-AWI-BAM) on the payment instrument; and

3. Include a self-addressed, stamped envelope with the payment if requesting a payment receipt.

IT IS SO ORDERED.

DATED: 10/2 , 2013

GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR A FINAL ORDER OF GARNISHMENT; AND ORDER     4